No. 26-2581

———

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE SEVENTH CIRCUIT

WISCONSIN STATE LEGISLATURE,

    Plaintiff-Appellant,

  v.

MEAGAN WOLFE, et al,

    Defendants-Appellees.

## **NOTICE OF ADDITIONAL APPEARANCE**

PLEASE TAKE NOTICE that Defendants-Appellees appear in this matter by their attorneys, Joshua L. Kaul, Wisconsin Attorney General and Hannah Jurss, Assistant Attorney General, and request that service of all pleadings and other papers be made upon Assistant Attorney General Hannah Jurss as counsel of record at 17 West Main Street, Madison, Wisconsin 53703, by first class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857, or via the ECF system for the United States Court of Appeals for the Seventh Circuit.

Assistant Attorney General Hannah Jurss appears in addition to Assistant Attorney General Charlotte Gibson who has previously appeared in this matter.

Dated this 10th day of August 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Hannah S. Jurss
HANNAH S. JURSS
Assistant Attorney General
State Bar #1081221

Attorneys for Defendants-Appellees

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8101
(608) 294-2907 (Fax)
hannah.jurss@wisdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 10, 2026, I electronically filed the foregoing Notice of Appearance and Substitution of Counsel with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 10th day of August 2026.

s/ Hannah S. Jurss
HANNAH S. JURSS
Assistant Attorney General