WILL
1241 N FRANKLIN PLACE
MILWAUKEE WI 53202
WILL-LAW.ORG
414.727.9455

October 9, 2026

Christopher G. Conway
Clerk of Court
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, IL 60604

RE: *Wisconsin State Legislature v. Meagan Wolfe, et al,* No. 26-2581

Dear Mr. Conway:

Plaintiff-Appellee Americans for Citizen Voting PAC ("ACV PAC") will not be filing a response brief in the above-referenced appeal.

While Plaintiff is actively involved in ongoing district court proceedings, it does not take a position on the merits of this collateral appeal regarding the Wisconsin State Legislature's motion to intervene in this matter.

This position is consistent with the position ACV PAC took in the district court, wherein ACV PAC submitted a short statement regarding its view on how *Berger v. North Carolina State Conference of the NAACP*, 597 U.S. 179 (2022) impacts the Wisconsin State Legislature's motion to intervene but took "no position on the Legislature's motion to intervene of right or its alternative motion to intervene permissively." Dkt. 24:4; *see also* Dkt. 29:1.

Respectfully submitted,

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

*/s/ Nathalie E. Burmeister*
Lucas T. Vebber (#1067543)
Daniel P. Lennington (#1088694)
Nathalie E. Burmeister (#1126820)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

lucas@will-law.org
dan@will-law.org
nathalie@will-law.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 9, 2026

/s/ Nathalie E. Burmeister
NATHALIE E. BURMEISTER