Troutman Pepper Locke LLP
225 W. Randolph St., Suite 2600
Chicago, IL 60606

troutman.com

**Misha Tseytlin**
D 608.999.1240
misha.tseytlin@troutman.com

October 9, 2026

**VIA ECF**

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

**Re: *Wis. State Legislature v. Wolfe*, No.26-2581**

Dear Clerk:

I am Counsel of Record for Proposed Intervenor the Wisconsin State Legislature (the "Legislature") in the above-captioned appeal and I will be presenting any oral argument on behalf of the Legislature that the Court may schedule in this case. Pursuant to Circuit Rule 34(b)(3)–(4), I submit this letter advising the Court that I will be unavailable for any oral argument on the following days during the Court's November and December 2026 sessions: November 12, 2026 and December 7–11, 2026. Accordingly, I respectfully request that the Court not schedule oral argument in this case on those dates.

Respectfully submitted,

*/s/ Misha Tseytlin*
Misha Tseytlin

CC: All Counsel of Record (via ECF)