# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: CIRCUIT RULE 31 / SPECIFIC PARTY SUBMISSION

October 13, 2026

*By the Court*:

| | |
|---|---|
| No. 26-2581 | AMERICANS FOR CITIZEN VOTING PAC,<br>Plaintiff - Appellee<br>v.<br><br>MEAGAN WOLFE, et al.,<br>Defendants - Appellees<br><br>APPEAL OF: WISCONSIN STATE LEGISLATURE,<br>Proposed Intervenor |
| **Originating Case Information:** | |
| District Court No: 2:26-cv-00786-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman | |

The following is before the court: **NOTICE OF INTENT NOT TO FILE RESPONSE BRIEF**, filed on October 9, 2026, by counsel for Americans for Citizen Voting PAC.

Appellee Americans for Citizen Voting PAC has notified this court that it will not be participating in this appeal. Accordingly,

**IT IS ORDERED** that this appeal will be submitted for decision without the filing of a brief or participation in oral argument by appellee Americans for Citizens Voting PAC. A copy of this order will be distributed to the assigned merits panel.