**STATE OF WISCONSIN**
**DEPARTMENT OF JUSTICE**

**Josh Kaul**
**Attorney General**

**17 W. Main Street**
**P.O. Box 7857**
**Madison, WI 53707-7857**
**www.doj.state.wi.us**

**Charlotte Gibson**
**Assistant Attorney General**
**charlie.gibson@wisdoj.gov**
**608/957-5218**
**FAX 608/294-2907**

October 13, 2026

**VIA ECF**

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, IL 60604

Re: *Wisconsin State Legislature v. Wolfe, et al.*
No. 26-2581

Dear Clerk:

I am counsel for the Wisconsin Elections Commission Appellees, including the Administrator and individual Commissioners. Pursuant to Circuit Rule 34(b)(3), these are the dates I am unavailable for oral argument during the September 2026 session:

October: no conflicts
November: 2–6
December: no conflicts

Thank you for your assistance. Please contact me with any questions or requests for additional information.

Sincerely,

s/ Charlotte Gibson
Charlotte Gibson
Assistant Attorney General

CG:ajl

cc: Counsel of Record (via ECF)